# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

148292

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RUSSELL C. ASHMAN,
     Defendant-Appellant.

SC: 148292
COA: 313510
Macomb CC: 04-003408-FC

_____/

     On order of the Court, the application for leave to appeal the September 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

h0519